**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Richard J. Gonzales v. Stanford Development Corporation

Appellate case number:   01-14-00711-CV

Trial court case number:  2008-09906A

Trial court:             55th District Court of Harris County

On October 9, 2014 appellant Richard J. Gonzales filed a motion to extend time to file brief. The motion is **GRANTED**, and appellant's brief is considered timely filed as of October 17, 2014.

Judge's signature: ___/s/ Rebeca Huddle
                          X  Acting individually     ☐  Acting for the Court

Date:  October 28, 2014